## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

**UNITED STATES OF AMERICA**

**v.**                                    **CRIMINAL CASE NO. 3:24-MJ-00016**

**MUHAMMAD PAHLAWAN,**
**Defendant.**

### TEMPORARY DETENTION ORDER

Upon motion of the United States Attorney, and finding that this case involves (1) an offense described in 18 U.S.C. § 3142(f)(1)(A)-(E) or (2) a serious risk that the defendant will flee or will, or will attempt to, obstruct justice or threaten, injure, or intimidate a prospective witness or juror, pursuant to 18 U.S.C. § 3142(f)(2)(A)-(B), it is ORDERED that:

1. The defendant is committed to the custody of the Attorney General of the United States pursuant to 18 U.S.C. § 3142(i) for confinement in a corrections facility, separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. The defendant be afforded reasonable opportunity to consult with his attorney.

3. That the person in charge of the corrections facility deliver the defendant to the United States Marshal, and the United States Marshal produce the defendant before this Court on February 27, 2024, at 9:30 a.m. for a Preliminary and Detention Hearing.

4. The Clerk is directed to FILE this Order electronically and notify all counsel of record and the United States Marshals Service, Richmond Division, accordingly.

_____ /s/

Summer L. Speight
United States Magistrate Judge

Dated: February 22, 2024
Richmond, Virginia